IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01178-PAB-MJW

SEAN NALETTE, individually,   and
JAMES CURRAN, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

INTRAWEST ULC, a limited Liability Company, and
FORTRESS INVESTMENT GROUP, a limited Liability Company,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED Stipulated Motion for Entry of Protective Order (docket no. 14) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 14-1) is APPROVED as amended in paragraph eight and made an Order of Court.

Date:  September 12, 2011