IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01178-RBJ-MJW

SEAN NALETTE, individually, and
JAMES CURRAN, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

STEAMBOAT SKI & RESORT CORPORATION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' and Defendants' Joint Motion to Stay (docket no. 47) is GRANTED for those reasons as outlined in the motion. Discovery is STAYED until further Order of Court.

It is FURTHER ORDERED that the parties shall either file their Joint Stipulated Motion to Dismiss or a written Status Report on or before February 17, 2012.

Date:  January 30, 2012