IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01178-RBJ-MJW

SEAN NALETTE, individually, and
JAMES CURRAN, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

STEAMBOAT SKI & RESORT CORPORATION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Stay Deadlines and Proceedings (docket no. 42) is MOOT and therefore DENIED. This case is already STAYED as to discovery per this court's minute order dated February 14, 2012 (docket no. 50).

Date:  March 16, 2012